DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, AZ Bar # 016370
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN GONZALEZ-VARGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-10-00104-MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS CONFERENCE |
| JUAN GONZALEZ-VARGAS, | ) |
| | ) Date: April 29, 2010 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Morrison C. England |

   IT IS HEREBY STIPULATED between the parties, Michael Anderson, Assistant United States Attorney, and Douglas J. Beevers, Assistant Federal Defender, attorney for defendant JUAN GONZALEZ-VARGAS, that the status conference of April 29, 2010 at 9:00 a.m., be vacated, and the matter be set for status conference on May 13, 2010 at 9:00 a.m.

   The reason for the continuance is to allow the defendant additional time to review the discovery and the plea agreement. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

1  IT IS STIPULATED that the period from the signing of this Order, up to
2  and including May 13, 2010, be excluded in computing the time within
3  which trial must commence under the Speedy Trial Act, pursuant to 18
4  U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation
5  of counsel.
6  Dated: April 27, 2010

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

*/s/ Douglas Beevers*
_____
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
JUAN GONZALEZ-VARGAS

14 Dated: April 27, 2010

BENJAMIN B. WAGNER
Acting United States Attorney

*/s/ Michael Anderson*
_____
By:  Michael Anderson
Assistant U.S. Attorney

**ORDER**

22     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
23  ordered that the status conference presently set for April 29, 2010, be
24  continued to May 13, 2010 at 9:00 a.m.  Based on the representation of
25  defense counsel and good cause appearing therefrom, the Court hereby
26  finds that the failure to grant a continuance in this case would deny
27  defendant reasonable time necessary for effective preparation, taking
28  into account the exercise of due diligence.  The Court finds that the

-2-

1  ends of justice to be served by granting a continuance outweigh the
2  best interests of the public and the defendant in a speedy trial.  It
3  is ordered that time from the date of this Order, to and including, the
4  May 13, 2010 status conference shall be excluded from computation of
5  time within which the trial of this matter must be commenced under the
6  Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local
7  Code T-4, to allow defense counsel time to prepare.

Dated: April 27, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

-3-