DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, AZ Bar # 016370
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN GONZALEZ-VARGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00104-MCE |
| ) | |
| Plaintiff, ) | |
| ) | *AMENDED* STIPULATION AND ORDER TO |
| v. ) | CONTINUE STATUS CONFERENCE |
| ) | |
| JUAN GONZALEZ-VARGAS ) | |
| ) | Date: June 3, 2010 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Morrison C. England |
| _____ ) | |

   IT IS HEREBY STIPULATED between the parties, Michael D. Anderson, Assistant United States Attorney, and Douglas J. Beevers, Assistant Federal Defender, attorney for defendant JUAN GONZALEZ-VARGAS, that the status conference of June 3, 2010 at 9:00 a.m., be vacated, and the matter be set for status conference on June 24, 2010 at 9:00 a.m.

   The reason for the continuance is to allow the defendant additional time to review the plea agreement and negotiate a resolution. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

1    IT IS STIPULATED that the period from the signing of this Order,
2 June 2, 2010, up to and including June 24, 2010, be excluded in computing
3 the time within which trial must commence under the Speedy Trial Act,
4 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing
5 preparation of counsel.
6 Dated: June 2, 2010
7                                          Respectfully submitted,
8                                          DANIEL BRODERICK
                                           Federal Defender
9
10                                         */s/ Douglas Beevers*
                                           _____
11                                         DOUGLAS BEEVERS
                                           Assistant Federal Defender
12                                         Attorney for Defendant
                                           JUAN GONZALEZ-VARGAS
13
14 Dated: June 2, 2010
15                                         BENJAMIN B. WAGNER
                                           Acting United States Attorney
16
17                                         */s/ Michael Anderson*
                                           _____
18                                         Michael Anderson
                                           Assistant U.S. Attorney
19
20
21                                  **ORDER**
22    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
23 ordered that the status conference presently set for June 3, 2010, be
24 continued to June 24, 2010 at 9:00 a.m.  Based on the representation of
25 defense counsel and good cause appearing therefrom, the Court hereby
26 finds that the failure to grant a continuance in this case would deny
27 defendant reasonable time necessary for effective preparation, taking
28 into account the exercise of due diligence.  The Court finds that the

1 ends of justice to be served by granting a continuance outweigh the best
2 interests of the public and the defendant in a speedy trial.  It is
3 ordered that time from the date of this Order, up to and including, the
4 June 24, 2010 status conference shall be excluded from computation of
5 time within which the trial of this matter must be commenced under the
6 Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code
7 T-4, to allow defense counsel time to prepare.

Dated: June 2, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE