```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, AZ Bar # 016370
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JUAN GONZALEZ-VARGAS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | No. CR-10-00104-MCE |
| ) | |
| Plaintiff,   ) | |
| ) | STIPULATION AND ORDER |
| v.   ) | TO CONTINUE STATUS CONFERENCE |
| ) | |
| JUAN GONZALEZ-VARGAS   ) | |
| ) | Date: June 24, 2010 |
| Defendant.   ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Morrison C. England |
| _____ ) | |

   IT IS HEREBY STIPULATED between the parties, Michael D. Anderson, Assistant United States Attorney, and Douglas J. Beevers, Assistant Federal Defender, attorney for defendant JUAN GONZALEZ-VARGAS, that the status conference of June 24, 2010 at 9:00 a.m., be vacated, and the matter be set for status conference on July 8, 2010 at 9:00 a.m.

   The reason for the continuance is to allow the defendant additional time to review the plea agreement and negotiate a resolution. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

1  IT IS STIPULATED that the period from the signing of this Order, up
2  to and including July 8, 2010, be excluded in computing the time within
3  which trial must commence under the Speedy Trial Act, pursuant to 18
4  U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of
5  counsel.

6  Dated: June 22, 2010

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender


                                        */s/ Douglas Beevers*
                                        _____
                                        DOUGLAS BEEVERS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JUAN GONZALEZ-VARGAS

14 Dated: June 22, 2010

                                        BENJAMIN B. WAGNER
                                        Acting United States Attorney


                                        */s/ Michael Anderson*
                                        _____
                                        Michael Anderson
                                        Assistant U.S. Attorney

Stip and Order                    -2-

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for June 24, 2010, be continued to July 8, 2010 at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, up to and including, the July 8, 2010 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated: June 23, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE